**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        : Chapter 13
     Moyett, Jr., Jose L.

     Debtor(s)                          : 15-11602 sr

        :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this      day of                2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing G. L. Sayre Incorporated to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

        BY THE COURT

_____
     JUDGE

**Date: January 16, 2018**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Moyett, Jr., Jose L.
5241 Whitaker Ave
Philadelphia, PA 19124

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

G. L. Sayre Incorporated
1231 W. Ridge Pike
Conshohocken, PA 19428