United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-11602-jkf
Jose L. Moyett, Jr.                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer    Page 1 of 1    Date Rcvd: Jan 16, 2018
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
       ++++G.L. SAYRE,    120 INDUSTRIAL WAY,    CONSHOHOCKEN PA  19428-1089
         (address filed with court:   G.L. Sayre,    1231 W. Ridge Pike,    Conshohocken, PA  19428)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOHN L. MCCLAIN    on behalf of Debtor Jose L. Moyett, Jr. aaamcclain@aol.com, edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Moyett, Jr., Jose L.

    Debtor(s) : 15-11602 sr

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this       day of                2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing G. L. Sayre Incorporated to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT  *Jean K. FitzSimon*
_____
JUDGE

**Date: January 16, 2018**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Moyett, Jr., Jose L.
5241 Whitaker Ave
Philadelphia, PA 19124

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

G. L. Sayre Incorporated
1231 W. Ridge Pike
Conshohocken, PA 19428