```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                     Case No. 15-11602-jkf
Jose L. Moyett, Jr.                                                        Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: DonnaR                 Page 1 of 2                  Date Rcvd: Mar 19, 2018
                               Form ID: 138NEW              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db            +Jose L. Moyett, Jr.,    5241 Whitaker Avenue,    Philadelphia, PA 19124-3007
13486043      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13513935       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13493576      +M&T BANK,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13486047      +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way Suite 301,
                Libertyville, Il 60048-5339
13537087      +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13486049      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 20 2018 01:52:20     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2018 01:51:57
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 20 2018 01:52:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13564117      +E-mail/Text: g20956@att.com Mar 20 2018 01:52:25      AT&T Mobility II LLC,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
13507529       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 01:54:44
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13497098      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2018 01:54:28      CACH, LLC,
                PO Box 10587,    Greenville, SC 29603-0587
13486042      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2018 01:54:28
                Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                Denver, CO 80237-3485
13486044       E-mail/Text: camanagement@mtb.com Mar 20 2018 01:51:49     M & T Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203
13486045       E-mail/Text: camanagement@mtb.com Mar 20 2018 01:51:49     M & T Bank,    Attn: Bankruptcy,
                1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13505098       E-mail/Text: camanagement@mtb.com Mar 20 2018 01:51:49     M&T BANK,    PO BOX 1288,
                Buffalo, NY 14240
13486046      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2018 01:52:04     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13572015       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2018 01:54:29
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13486048      +E-mail/Text: bankruptcy@sw-credit.com Mar 20 2018 01:52:05     Southwest Credit Syste,
                4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2                  User: DonnaR                  Page 2 of 2                  Date Rcvd: Mar 19, 2018
                                      Form ID: 138NEW               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Jose L. Moyett, Jr. aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jose L. Moyett, Jr.

    Debtor(s)

Bankruptcy No: 15−11602−jkf

Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/19/18